IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bertronski, Anthony J | Case Number: 06 B 13357 |
|---|---|---|
| | Bertronski, Mary C | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 10/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: May 9, 2008
Confirmed: February 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,300.00 | |
| Secured: | | 12,003.24 |
| Unsecured: | | 0.00 |
| Priority: | | 10,945.38 |
| Administrative: | | 2,924.00 |
| Trustee Fee: | | 1,427.38 |
| Other Funds: | | 0.00 |
| Totals: | 27,300.00 | 27,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,924.00 | 2,924.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Corporate America Family CU | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Secured | 11,216.00 | 2,219.50 |
| 6. | Corporate America Family CU | Secured | 1,939.81 | 1,841.19 |
| 7. | Corporate America Family CU | Secured | 6,074.57 | 5,043.36 |
| 8. | Corporate America Family CU | Secured | 1,932.99 | 1,186.90 |
| 9. | Dell Financial Services, Inc | Secured | 1,712.29 | 1,712.29 |
| 10. | Internal Revenue Service | Priority | 31,079.78 | 10,945.38 |
| 11. | Corporate America Family CU | Unsecured | 0.00 | 0.00 |
| 12. | Capital One | Unsecured | 899.35 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 35,481.48 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 243.95 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 4,052.79 | 0.00 |
| 16. | Capital One | Unsecured | 1,658.25 | 0.00 |
| 17. | Corporate America Family CU | Unsecured | 0.00 | 0.00 |
| 18. | Capital One | Unsecured | 670.84 | 0.00 |
| 19. | Corporate America Family CU | Unsecured | | No Claim Filed |
| | | | $ 99,886.10 | $ 25,872.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 374.41 |
| 5.4% | 1,052.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Bertronski, Anthony J<br>             Bertronski, Mary C<br>             Printed:  5/13/08 | Case Number:  06 B 13357<br>Judge:  Hollis, Pamela S<br>Filed:  10/18/06 |

_____
$ 1,427.38

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

